■ JOHN M. KULP, Appellant, v GANNETT COMPANY, INC., et al., Respondents and Third-Party Plaintiffs. F.L. HEUGHES & Co., INC., Third-Party Defendant-Respondent. (Appeal No. 3.) [688 NYS2d 455] —Appeal unanimously dismissed without costs (*see, Kuhn v Kuhn,* 129 AD2d 967). (Appeal from Amended Decision of Supreme Court, Monroe County, Calvaruso, J.—Summary Judgment.) Present—Denman, P. J., Green, Hayes, Pigott, Jr., and Balio, JJ.